### 3317. DAVIS *v.* THE STATE.

HILL, C. J. This case is controlled by the decision of the Supreme Court of Georgia, in *Strickland* v. *State,* 137 *Ga.* 1 (72 S. E. 260).

*Judgment affirmed.*

DECIDED OCTOBER 10, 1911.

Accusation of carrying pistol without license; from city court of Floyd county—Judge Reece. March 20, 1911.

*Eubanks & Mebane,* for plaintiff in error.

*John W. Bale, solicitor-general,* contra.